```
BART BLECHSCHMIDT, ESQ. (SB#167584)
EFREN LIMBAG, ESQ. (SB#206940)
GALUPPO & BLECHSCHMIDT, APLC.
A Professional Law Corporation
2792 Gateway Road, Ste. 102
Carlsbad, California 92009
Phone: (760) 431-4575
Fax:    (760) 431-4579
```

FILED TS

09 NOV 12 PM 2: 33

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

Attorneys for Creditor TONY STRUYK

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

VIA-FAX

| In re: | Case No. 09-16077-PB7 |
|---|---|
| JULIE ILENE MELTZER, <br> DAVID CHARLES MELTZER, | CHAPTER 7 <br> TONY STRUYK'S REQUEST FOR SPECIAL NOTICE AND TO BE ADDED TO MASTER MAILING LIST |
| Debtors. | |

TO:    THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE U.S. TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that TONY STRUYK, a Creditor ("Creditor") through its counsel, Galuppo & Blechschmidt, APLC, hereby requests Special Notice of all matters pursuant to the Federal Rules of Bankruptcy, including without limitation, under Rule 1009(a); Rule 2002(a), (b) and (g); Rule 3017(a) and (f); Rule 4007(d); Rule 6009; Rule 9007; Rule 9014; and the United States Bankruptcy Code, including, without limitation, under U.S.C. sections 102(1), 323, 342(a), 362, 523, 524, 727, 1102, 1104(a) and 1108, that all notices, motions, schedules, statements, plans, papers and pleadings, and all amendments thereto, required to be served in this case, be given and served upon its counsel as follows:

TONY STRUYK
c/o GALUPPO & BLECHSCHMIDT, APLC
2792 Gateway Road, Suite 102
Carlsbad, CA  92009
Telephone:    (760) 431-4575
Facsimile:    (760) 431-4579
Attn:   Bart Blechschmidt, Esq.
          bblechschmidt@galuppolaw.com
Attn:   Efren Limbag, Esq.
          elimbag@galuppolaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation to notices and orders of any applications, complaints, demands, hearings, motions, petitions, pleadings or requests, amendments to schedules or statements, objections, all creditor committee notices, adversary complaints, and all other notices as required by the U.S. Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court.  Copies of any other documents brought before the Court in this case, whether such papers be formal or informal, whether written or oral, whether transmitted or conveyed by mail, e-mail, scanning device, overnight or hand-delivery, telephone, telegraph, telex, facsimile, or other form.

PLEASE TAKE FURTHER NOTICE that Creditor's counsel requests to be added to the Court's Master Mailing List of the above-referenced case.

PLEASE TAKE FURTHER NOTICE that neither this Request for Special Notice nor any later appearance, pleading, claim or suit shall waive Creditor's right to have final orders in non-core matters entered only after de novo review by District Judge; or the right to trial by jury in any proceeding related to this case; or right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law or in equity, all of which rights, or remedies are expressly reserved.

This Request for Special Notice and to be added to the Court's Master Mailing List does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rule of Civil Procedure or Rule 7004 of the Federal Rule of Bankruptcy

1  Procedures, nor shall it result in the undersigned counsel being deemed to be the agent
2  of the Creditor referenced above for such purpose.

4  Dated: __11-11-09__                    GALUPPO & BLECHSCHMIDT, APLC

_____
BART BLECHSCHMIDT, ESQ.
EFREN LIMBAG, ESQ.
Attorneys for Creditor
TONY STRUYK

```
CSD 3010  [04/28/96]
Name, Address, Telephone No. & I.D. No.
```

Efren A. Limbag, Esq. (SB # 206940)
GALUPPO & BLECHSCHMIDT, APLC
2792 Gateway Rd., Suite 102
Carlsbad, CA 92009
Telephine No.: (760) 431-4575

```
             UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF CALIFORNIA
        325 West "F" Street, San Diego, California 92101-6991
```

| In Re<br>Julie Ilene Meltzer;<br>David Charles Meltzer<br><br>Debtor. | BANKRUPTCY NO. 09-16077-PB7 |
|---|---|
| Tony Struyk<br><br>Plaintiff(s) | ADVERSARY NO. N/A |
| v.<br>Julie Ilene Meltzer;<br>David Charles Meltzer<br><br>Defendants(s) | |

## PROOF OF SERVICE

# VIA-FAX

I, __Kathryn M. Frerichs__, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:
Tony Struyk's Request for Special Notice and to be Added to Master Mailing List

on _____November 12, 2009_____ by:
            [date]

☑ Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:
    see attached list

☐ Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

☐ Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

_____November 12, 2009_____                    _____
          [Date]                                              [Signature]

| Print Name | Kathryn M. Frerichs |
|---|---|
| Business Address | 2792 Gateway Rd., Suite 102 |
| City, State, ZIP | Carlsbad, CA 92009 |

CSD 3010

Service List for Tony Struyk
In re: Julie Ilene Meltzer; David Charles Meltzer
Case No.: 09-16077-PB7

| | | |
|---|---|---|
| John L. Smaha<br>Smaha Law Group, APC<br>7860 Mission Center Court, Suite 100<br>San Diego, CA 92108 | Gerald H. Davis, Trustee<br>P.O. Box 121111<br>San Diego, CA 92112-1111 | U.S. Trustee<br>402 W. Broadway, Ste. 600<br>San Diego, CA 92101 |
| Advanta Bank Corp<br>c/o NCB Management Serv. Inc.<br>P.O. Box 1099<br>Langhorne, PA 19047 | Advanta Business Cards<br>c/o Advanced Call Cnt. Tech<br>P.O. Box 8457<br>Johnson City, TN 37615 | Advo, Inc.,<br>c/o Liggett, Davis, et al.<br>3914 Murphy Canyon Rd., #A224<br>San Diego, CA 92123 |
| AES<br>1830 John Towers Ave.<br>El Cajon, CA 92020 | America Express<br>c/o Aegis<br>P.O. Box 165809<br>Irving, TX 75016 | American Express<br>c/o Aegis<br>P.O. Box 165809<br>Irving, TX 75016 |
| American Express<br>P.O. Box 6618<br>Omaha, NE 68105-0618 | American Express Travel<br>c/o Nationwide Credit, Inc.<br>P.O. Box 740640<br>Atlanta, GA 30374-0640 | AmeriGas<br>P.O. Box 7155<br>Pasadena, CA 91109-7155 |
| AmTrust Bank<br>P.O. Box 94895<br>Cleveland, OH 44101-4895 | AT&T Long Distance<br>P.O. Box 5017<br>Carol Stream, IL 60197-5017 | AT&T Payment Center<br>Sacramento, CA 95887-0001 |
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Bank of America<br>c/o Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Buffalo, NY 14228 | Bank of America<br>P.O. Box 15102<br>Wilmington, DE 19886-5102 |
| Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | Bank of the West<br>Asset REcovery Department<br>P.o. Box 8050<br>Walnut Creek, CA 94596 | Broadview<br>P.O. Box 1191<br>Port Chester, NY 10573-1191 |
| CA Emerg Phys<br>P.O. Box 582663<br>Modesto, CA 95358-0046 | California Bank & Trust<br>10605 Scripps Poway Pkwy<br>San Diego, CA 92131 | Capital One<br>P.O. Box 60599<br>City Of Industry, CA 91716-0599 |
| Chase Bank, USA<br>c/o National Enterp. System<br>29125 Solon Road<br>Solon, OH 44139-3442 | Chevron Business Card Services<br>c/o Williams & Williams<br>1612 N.E. Expressway<br>Atlanta, GA 30329 | Citi Cards<br>P.O. Box 6410<br>The Lakes, NV 88901 |

Service List for Tony Struyk
In re: Julie Ilene Meltzer; David Charles Meltzer
Case No.: 09-16077-PB7

| | | |
|---|---|---|
| Citibank<br>GC Services Ltd Partnership<br>P.O. Box 26999<br>San Diego, CA 92196 | CitiBusiness Card<br>P.O. Box 6409<br>The Lakes, NV 88901-6409 | Contractors Wardrobe<br>c/o CRF Solutions<br>2051 Royal Avenue<br>Simi Valley, CA 93065 |
| Costco Wholesale<br>P.O. Box 60148<br>City Of Industry, CA 91716 | E Trade Bank<br>P.O. Box 747054<br>Pittsburgh, PA 15274-7054 | El & El Wood Products Corp.<br>c/o Gardener & Riechmann, Inc.<br>1806 N. Broadway, Ste. A<br>Santa Ana, CA 92706 |
| Elavon, Inc.<br>c/o A.G. Adjustments, Ltd.<br>740 Walt Whitman Road<br>Melville, NY 11747-9090 | Emtek Products, Inc.<br>P.O. Box 31001-0823<br>Pasadena, CA 91110-0823 | Firelight Meadows Owners Assoc<br>P.O. Box 69<br>Bozeman, MT 59771-0069 |
| Fireman's Fund Corporate Collections<br>Department CH - 10273<br>Palatine, IL 60055-0273 | Frog's Fitness Club One<br>P.O. Box 417<br>San Francisco, CA 94104-0417 | Home Depot Commercial<br>c/o PRO Consulting Services<br>P.O. Box 66768<br>Houston, TX 77266-6768 |
| HSBC Bank Nevada<br>c/o Corporate Receivables, Inc<br>P.O. Box 32995<br>Phoenix, AZ 85064-2995 | Laboratory Corporation<br>P.o. Box 2240<br>Burlington, NC 27216-2240 | Lexus Financial Services<br>Asset Protection Department<br>P.O. Box 2958<br>Torrance, CA 90509-2958 |
| Luxor Hotel and Casino<br>c/o Allstate Adjustment Bureau<br>1050 E. Flamingo Rd., #E-320<br>Las Vegas, NV 89119 | Mervyns<br>c/o GE Money Bank<br>P.O. Box 960013<br>Orlando, FL 32896-0013 | Office Depot Credit<br>c/o Vengroff, Williams & Assoc<br>P.O. Box 4155<br>Sarasota, FL 34230 |
| Orepac Building Products<br>c/o Troy W. Stanton<br>P.O. Box 880<br>Yorba Linda, CA 92885 | Orkin Pest Control<br>12710 Magnolia Avenue<br>Riverside, CA 92503-4620 | Rady Children's Hospital SD<br>P.O. Box 515125<br>Los Angeles, CA 90051 |
| Rady Children's Hospital SD<br>P.O. Box 515125<br>Los Angeles, CA 90051-5125 | Salviati Homeowners Associatio<br>c/o Walters Management<br>P.O. Box 514909<br>Los Angeles, CA 90051-4909 | San Diego County Treasurer-Tax<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101-2477 |
| San Diego Imaging Med. Group<br>P.O. Box 23540<br>San Diego, CA 92193-3540 | San Diego Private Bank Cardmember Service<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Santander Consumer<br>P.O. Box 6606633<br>Dallas, TX 75266-0633 |

Service List for Tony Struyk
In re: Julie Ilene Meltzer; David Charles Meltzer
Case No.: 09-16077-PB7

| | | |
|---|---|---|
| Solomon Ward Seidenwurm et al.<br>401 "B" Street, Ste. 1200<br>San Diego, CA 92101 | State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-8063 | Suntrust Mortgage, Inc.<br>c/o Johnson & Freedman, LLC<br>1587 Northeast Expressway<br>Atlanta, GA 30329 |
| Temple Adat Shalom<br>15905 Pomerado Rd.<br>Poway, CA 92064 | Tony Struyk<br>c/o Bart Bleschschmidt<br>2792 Gateway Rd., Ste. 102<br>Carlsbad, CA 92009 | Towneclub Condos<br>P.O. Box 15328<br>Augusta, GA 30919 |
| Union Bank of California<br>P.O. Box 85443<br>San Diego, CA 92186-5443 | US Bank N.A.<br>P.O. Box 2188<br>Oshkosh, WI 54903-2188 | Vista Paint Corp.<br>c/o M. Leonard & Assoc.<br>14520 Erwin Street<br>Van Nuys, CA 91411 |
| Washington Mutual<br>P.O. Box 44016<br>Jacksonville, FL 32231-4016 | Wells Fargo Financial, Inc.<br>Customer Service<br>800 Walnut<br>Des Moines, IA 50309 | West Fork Utility Companies<br>1627 West Main, Ste. 299<br>Bozeman, MT 59715 |