CSD 1162 [08/22/03]
Name, Address, Telephone No. & I.D. No.

Order Entered on
December 22, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

Respondent(s)

# ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY   ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion Docket Entry No. _____

//

//

//

//

DATED: December 22, 2009

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
    Attorney for Movant

Judge, United States Bankruptcy Court

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                                                                    CASE NO:
                                                                                                           RS NO.:

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on _____, and

☐  Debtor *(Name)*:

☐  Debtor's Attorney *(Name)*:

☐  Trustee *(Name)*:

☐  United States Trustee (in Chapter 11 & 12 cases), and

☐  Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1.  ☐     The following real property:

    a.   Street address of the property including county and state:

    b.   Legal description is ☐ attached as Exhibit B or ☐ described below:

2.  ☐     The following personal property as described ☐ below or ☐ in Exhibit B attached:

    IT IS FURTHER ORDERED that *(Optional)*:

CSD 1162

*Signed by Judge Peter W. Bowie December 22, 2009*

Order No. 06-2764556

# EXHIBIT "~~ONE~~" A

**8239**

Parcel 1:

Lot 59 of County of San-Diego Tract 5123-1, in the County of San Diego, State of California, according to Map thereof No. 13985, filed in the Office of the County Recorder of San Diego County, June 20, 2000.

Parcel 2:

A non-exclusive easement on, over, under and across the "Common Area" as defined in the Declaration described herein, for the purposes described in the Declaration and subject to the terms, provisions and reservations of the Declaration.

Parcel 3:

An easement for road and utility purposes, over, under, along and across Lot 66 of County of San Diego Tract 5123-1, in the County of San Diego, State of California, according to Map thereof No. 13985, filed in the Office of the County Recorder of San Diego County on June 20, 2000.

Assessors Parcel No. 678-490-59

2

(Rev. 11/17/04)

*Signed by Judge Peter W. Bowie December 22, 2009*