Gerald H. Davis #110417
P.O. Box 121111
San Diego, CA 92112-1111
(619) 400-9997
davisatty@aol.com

Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>    JULIE ILENE MELTZER, AND<br><br>DAVID CHARLES MELTZER<br><br>                    Debtor(s) | ) Case No.: 09-16077-PB7<br>)<br>) EX PARTE APPLICATION FOR<br>) AUTHORITY TO EMPLOY<br>) R. DEAN JOHNSON AS ACCOUNTANT<br>)<br>)<br>)<br>)<br>) |

        GERALD H. DAVIS (applicant), the duly appointed and acting

Chapter 7 Trustee for the above referenced bankruptcy proceeding,

hereby applies ex parte for an Order authorizing the employment of R.

DEAN JOHNSON as accountant for the estate.  Pursuant to Bankruptcy

Rule 2014(a), the Applicant respectfully represents:

        1. On October 23, 2009 an Order for relief was entered in the

            above-referenced case. Shortly thereafter, GERALD H. DAVIS,

            was appointed as Trustee.

        2. It is the Trustee's obligation to determine the debtor

            Estate's tax liability and prepare appropriate tax returns

            during his status as Trustee.

        3. In order to properly determine the Estate's tax liability and

            prepare appropriate tax returns, analyze the tax consequences

            of the liquidation of estate assets, provide accounting

            related assistance in investigating and locating assets and

            reviewing banking and financial records, and perform other

            accounting services required by the Estate, Applicant requires

the services of an accountant who is experienced in these matters.

4. As provided by Section 327(a) of the Bankruptcy Code ,the Applicant wishes to employ R. DEAN JOHNSON as accountant. R. DEAN JOHNSON has agreed to waive a written agreement and to perform the required services at his customary billing rates which are as follows:

| R. Dean Johnson | CPA | 200.00 |
| Leslie E. Steenerson | Para. Prof. | 100.00 |
| Hayle D. Hill | Para. Prof | 50.00 |
| Kerrie Nelson | Para. Prof. | 50.00 |
| Sandra Taylor | Para. Prof. | 50.00 |

5. The trustee is informed, believes, and therefore represents that R. DEAN JOHNSON has substantial bankruptcy and insolvency experience and is a Certified Public Accountant licensed to practice in this jurisdiction and that he is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code.

6. This application is accompanied by the Declaration of Disinterest of R. DEAN JOHNSON and Applicant will make no payment of compensation to R. DEAN JOHNSON except upon application and the entry of an Order by the Court authorizing such payment.

WHEREFORE, Applicant respectfully requests that he be authorized to employ R. DEAN JOHNSON as accountant for the Estate effective November 12, 2010 and that compensation for accounting services be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Dated: November 12, 2010          /s/ Gerald H. Davis_____
                                  Bankruptcy Trustee

Gerald H. Davis #110417
P.O. Box 121111
San Diego, CA 92112-1111
(619) 400-9997
davisatty@aol.com

Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

JULIE ILENE MELTZER, AND

DAVID CHARLES MELTZER

                              Debtor(s)

) Case No.: 09-16077-PB7
)
) DECLARATION OF
) PROPOSED ACCOUNTANT
) R. DEAN JOHNSON
)
)
)

I, R. DEAN JOHNSON, do hereby declare and state as follows:

1.   I am a Certified Public Accountant licensed in the State of California.

My office is located at 7801 Mission Center Court, Suite 200, San Diego, CA

92108.

2.   I have been requested by the Trustee, GERALD H. DAVIS, to perform tax

and accounting services on behalf of the Estate as needed.

3.   With respect to the debtor, I am a disinterested person within the

meaning of Section 101(14) of the Bankruptcy Code.  To the best of my

knowledge, information and belief I have no connection with the debtor, its

creditors or with any party in interest herein and do not represent any

interest adverse to the Estate.

4.   I understand and accept that compensation for any services I shall

render to the Estate are subject to review by this Court.  No arrangement

has been made or will be made for sharing of fees or fee-splitting.

I declare under penalty of perjury that the foregoing is true and

correct, according to the best of my knowledge, information and belief.

Executed this 12th day of November, 2010 in San Diego, California.

                              /s/ R. Dean Johnson_____
                              Certified Public Accountant

1

1  MARY TESTERMAN DUVOISIN, ATTORNEY #163514
   TRIAL ATTORNEY
2  OFFICE OF THE UNITED STATES TRUSTEE
   402 WEST BROADWAY, SUITE 600
3  SAN DIEGO, CA 92101-8511
   (619) 557-5013
4
   Attorney for
5  TIFFANY L. CARROLL
   ACTING UNITED STATES TRUSTEE
6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   Southern District of California

10 In re:                          )     Case No.   09-16077-PB7
                                    )
11 JULIE ILENE MELTZER and          )     STATEMENT OF POSITION
   DAVID CHARLES MELTZER,           )     OF UNITED STATES TRUSTEE
12                                  )
                Debtor(s).          )
13                                  )     Hearing Date: None
                                    )
14 _____ )

15       The United States Trustee responds to the EX PARTE

   APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT, R. Dean Johnson,
16
   as follows:
17
   _____    The United States Trustee takes no position.
18
     xx        The United States Trustee has no objection.
19
   _____    The United States Trustee objects and requests a
20            hearing.

21 _____    The United States Trustee objects as set forth below.

22
                               Respectfully submitted,
23
                               TIFFANY L. CARROLL
24                             ACTING UNITED STATES TRUSTEE

25
   Dated: November 19, 2010    By:  _____
26                                  Mary Testerman DuVoisin,
                                    Trial Attorney for the
27                                  Acting United States Trustee

28