TENTATIVE RULING

Debtor: JULIE ILENE & DAVID CHARLES MELTZER

Number: 09-16077-PB7

Hearing: 10:30 AM Monday, April 9, 2012

Motion: 1) 1ST & FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES FOR R. DEAN JOHNSON, ACCOUNTANT FOR TRUSTEE
2) 1ST & FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES FOR GERALD H. DAVIS, TRUSTEE
3) 1ST & FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES FOR SULLIVAN HILL LEWIN REZ & ENGEL, COUNSEL FOR TRUSTEE

1) The Court has reviewed the unopposed fee application of R. Dean Johnson, Accountant for Trustee, filed and served in the above referenced case. The Court finds that the fees and expenses requested are reasonable under the circumstances of the case. Fees are allowed in the amount of $1,200 and expenses in the amount of $122.57.

2) The Court has reviewed the unopposed fee application of Gerald H. Davis, Trustee, filed and served in the above referenced case. The Court finds that the fees and expenses requested are reasonable under the circumstances of the case. Fees are allowed in the amount of $8,270.45 and expenses in the amount of $46.50.

3) The Court has reviewed the unopposed fee application of Sullivan Hill Lewin Rez & Engel, filed and served in the above referenced case. The Court finds that the fees and expenses requested are reasonable under the circumstances of the case. Fees are allowed in the amount of $15,300 and expenses in the amount of $581.92. Fees up to $1,000 as reasonably and necessarily incurred in completing work on the matter are authorized.

All appearances are excused.