# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MELTZER, JULIE ILENE | § | Case No. 09-16077 |
| MELTZER, DAVID CHARLES | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GERALD H. DAVIS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GERALD H. DAVIS _____

                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JULIE ILENE MELTZER |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | E Trade Bank P.O. Box 747054 Pittsburgh, PA 15274-7054 | | | | | |
| | Lexus Financial Services Asset Protection Department P.O. Box 2958 Torrance, CA 90509-2958 | | | | | |
| | Santander Consumer P.O. Box 6606633 Dallas, TX 75266-0633 | | | | | |
| | Tony Struyk c/o Bart Bleschschmidt 2792 Gateway Rd., Ste. 102 Carlsbad, CA 92009 | | | | | |
| | Washington Mutual P.O. Box 44016 Jacksonville, FL 32231-4016 | | | | | |
| | GORDON AND REES LLP | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GERALD H. DAVIS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GERALD H. DAVIS | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| UNITED STATES TREASURY | | | | | |
| FRANCHISE TAX BOARD | | | | | |
| SULLIVAN HILL LEWIN REZ & ENGEL, AP | | | | | |
| R. DEAN JOHNSON | | | | | |
| SULLIVAN HILL LEWIN REZ & ENGEL, AP | | | | | |
| SULLIVAN HILL LEWIN REZ & ENGEL, AP | | | | | |
| R. DEAN JOHNSON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | San Diego County Treasurer-Tax 1600 Pacific Highway, Room 162 San Diego, CA 92101-2477 | | | | | |
| | State Board of Equalization P.O. Box 942879 Sacramento, CA 94279-8063 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AES 1830 John Towers Ave. El Cajon, CA 92020 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Long Distance P.O. Box 5017 Carol Stream, IL 60197-5017 | | | | | |
| | AT&T Payment Center Sacramento, CA 95887-0001 | | | | | |
| | Advanta Bank Corp c/o NCB Management Serv. Inc. P.O. Box 1099 Langhorne, PA 19047 | | | | | |
| | Advanta Business Cards c/o Advanced Call Cnt. Tech P.O. Box 8457 Johnson City, TN 37615 | | | | | |
| | Advo, Inc., c/o Liggett, Davis, et al. 3914 Murphy Canyon Rd., #A224 San Diego, CA 92123 | | | | | |
| | AmTrust Bank P.O. Box 94895 Cleveland, OH 44101-4895 | | | | | |
| | AmeriGas P.O. Box 7155 Pasadena, CA 91109-7155 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | America Express c/o Aegis P.O. Box 165809 Irving, TX 75016 | | | | | |
| | American Express P.O. Box 6618 Omaha, NE 68105-0618 | | | | | |
| | American Express Travel c/o Nationwide Credit, Inc. P.O. Box 740640 Atlanta, GA 30374-0640 | | | | | |
| | American Express c/o Aegis P.O. Box 165809 Irving, TX 75016 | | | | | |
| | Bank of America P.O. Box 15102 Wilmington, DE 19886-5102 | | | | | |
| | Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America c/o Firstsource Advantage, LLC 205 Bryant Woods South Buffalo, NY 14228 | | | | | |
| | Bank of the West Asset REcovery Department P.o. Box 8050 Walnut Creek, CA 94596 | | | | | |
| | Broadview P.O. Box 1191 Port Chester, NY 10573-1191 | | | | | |
| | CA Emerg Phys P.O. Box 582663 Modesto, CA 95358-0046 | | | | | |
| | California Bank & Trust 10605 Scripps Poway Pkwy San Diego, CA 92131 | | | | | |
| | Capital One P.O. Box 60599 City Of Industry, CA 91716-0599 | | | | | |
| | Chase Bank, USA c/o National Enterp. System 29125 Solon Road Solon, OH 44139-3442 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chevron Business Card Services c/o Williams & Williams 1612 N.E. Expressway Atlanta, GA 30329 | | | | | |
| | Citi Cards P.O. Box 6410 The Lakes, NV 88901 | | | | | |
| | CitiBusiness Card P.O. Box 6409 The Lakes, NV 88901-6409 | | | | | |
| | Citibank GC Services Ltd Partnership P.O. Box 26999 San Diego, CA 92196 | | | | | |
| | Contractors Wardrobe c/o CRF Solutions 2051 Royal Avenue Simi Valley, CA 93065 | | | | | |
| | Costco Wholesale P.O. Box 60148 City Of Industry, CA 91716 | | | | | |
| | El & El Wood Products Corp. c/o Gardener & Riechmann, Inc. 1806 N. Broadway, Ste. A Santa Ana, CA 92706 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elavon, Inc. c/o A.G. Adjustments, Ltd. 740 Walt Whitman Road Melville, NY 11747-9090 | | | | | |
| | Emtek Products, Inc. P.O. Box 31001-0823 Pasadena, CA 91110-0823 | | | | | |
| | Firelight Meadows Owners Assoc P.O. Box 69 Bozeman, MT 59771-0069 | | | | | |
| | Fireman's Fund Corporate Collections Department CH - 10273 Palatine, IL 60055-0273 | | | | | |
| | Frog's Fitness Club One P.O. Box 417 San Francisco, CA 94104-0417 | | | | | |
| | HSBC Bank Nevada c/o Corporate Receivables, Inc P.O. Box 32995 Phoenix, AZ 85064-2995 | | | | | |
| | Home Depot Commercial c/o PRO Consulting Services P.O. Box 66768 Houston, TX 77266-6768 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-----------|----------|--------------------|----------------------------------|----------------------------------------|----------------|-------------|
| | Laboratory Corporation P.o. Box 2240 Burlington, NC 27216-2240 | | | | | |
| | Luxor Hotel and Casino c/o Allstate Adjustment Bureau 1050 E. Flamingo Rd., #E-320 Las Vegas, NV 89119 | | | | | |
| | Mervyns c/o GE Money Bank P.O. Box 960013 Orlando, FL 32896-0013 | | | | | |
| | Office Depot Credit c/o Vengroff, Williams & Assoc P.O. Box 4155 Sarasota, FL 34230 | | | | | |
| | Orepac Building Products c/o Troy W. Stanton P.O. Box 880 Yorba Linda, CA 92885 | | | | | |
| | Orkin Pest Control 12710 Magnolia Avenue Riverside, CA 92503-4620 | | | | | |
| | Rady Children's Hospital SD P.O. Box 515125 Los Angeles, CA 90051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rady Children's Hospital SD P.O. Box 515125 Los Angeles, CA 90051-5125 | | | | | |
| | Salviati Homeowners Associatio c/o Walters Management P.O. Box 514909 Los Angeles, CA 90051-4909 | | | | | |
| | San Diego Imaging Med. Group P.O. Box 23540 San Diego, CA 92193-3540 | | | | | |
| | San Diego Private Bank Cardmember Service P.O. Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | Solomon Ward Seidenwurm et al. 401 &quot;B&quot; Street, Ste. 1200 San Diego, CA 92101 | | | | | |
| | Suntrust Mortgage, Inc. c/o Johnson & Freedman, LLC 1587 Northeast Expressway Atlanta, GA 30329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suntrust Mortgage, Inc. c/o Johnson & Freedman, LLC 1587 Northeast Expressway Atlanta, GA 30329 | | | | | |
| | Temple Adat Shalom 15905 Pomerado Rd. Poway, CA 92064 | | | | | |
| | Towneclub Condos P.O. Box 15328 Augusta, GA 30919 | | | | | |
| | Towneclub Condos P.O. Box 15328 Augusta, GA 30919 | | | | | |
| | US Bank N.A. P.O. Box 2188 Oshkosh, WI 54903-2188 | | | | | |
| | Union Bank of California P.O. Box 85443 San Diego, CA 92186-5443 | | | | | |
| | Vista Paint Corp. c/o M. Leonard & Assoc. 14520 Erwin Street Van Nuys, CA 91411 | | | | | |
| | Wells Fargo Financial, Inc. Customer Service 800 Walnut Des Moines, IA 50309 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Fork Utility Companies<br>1627 West Main, Ste. 299<br>Bozeman, MT 59715 | | | | | |
| 000012 | ADVANTA BANK CORP.<br>IN RECEIVERSHIP | | | | | |
| 000013 | AMERICAN EXPRESS<br>BANK, FSB | | | | | |
| 000017 | AMERICAN EXPRESS<br>BANK, FSB | | | | | |
| 000018 | AMERICAN EXPRESS<br>CENTURION BANK | | | | | |
| 000019 | AMERICAN EXPRESS<br>CENTURION BANK | | | | | |
| 000011 | BROADVIEW NETWORKS | | | | | |
| 000003 | CALIFORNIA BANK &<br>TRUST | | | | | |
| 000014 | CAPITAL RECOVERY III<br>LLC | | | | | |
| 000016 | CHASE BANK USA NA | | | | | |
| 000010 | CONTRACTORS<br>WARDROBE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | ELAN FINANCIAL SERVICES AS SERVICER | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000001 | OREPAC BUILDING PRODUCTS | | | | | |
| 000004 | ROUNDUP FUNDING, LLC | | | | | |
| 000009 | SOLOMON WARD SEIDENWURM ET AL. | | | | | |
| | THE REGISTRY | | | | | |
| 000002 | TONY STRUYK | | | | | |
| 000005 | UNION BANK, NA/ATTN: G.CALICA | | | | | |
| 000020 | SUNTRUST MORTGAGE INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

| | |
|---|---|
| Case No: | 09-16077    PWB    Judge: PETER W. BOWIE |
| Case Name: | MELTZER, JULIE ILENE |
| | MELTZER, DAVID CHARLES |
| For Period Ending: | 01/09/13 |

| | |
|---|---|
| Trustee Name: | GERALD H. DAVIS |
| Date Filed (f) or Converted (c): | 10/23/09 (f) |
| 341(a) Meeting Date: | 11/23/09 |
| Claims Bar Date: | 02/14/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. PRIMARY RESIDENCE: 17291 SANGALLO LANE, SAN DIEGO, | | 1,350,000.00 | 0.00 | OA | 0.00 | FA |
| 2. UNION BANK - CHECKING ACCOUNT | | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | | |
| 3. STANDARD HOUSEHOLD FURNISHINGS | | 15,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | | |
| 4. GERSTEIN COW SCULPTURE | | 3,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | | |
| 5. CHAGALL LITHOGRAPH | | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | | |
| 6. STANDARD MEN AND WOMEN'S CLOTHING | | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | | |
| 7. WEDDING RINGS; AND MISCELLANEOUS COSTUME JEWELRY<br>EXEMPT TO $1,350.00 | | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. CITI SMITH BARNEY - INDIVIDUAL RETIRE ACCOUNT CGM | | 4,070.37 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | | |
| 9. 33% MELTZER POWER COMPANY, INC. (DEFUNCT) 50% DBR | | 0.00 | 0.00 | | 0.00 | FA |
| 10. LAWSUIT - MELTZER, ET AL. V. BLECHSCHMIDT, ET AL. | | 500,000.00 | 0.00 | | 0.00 | FA |
| 11. 2007 LEXUS SUV (LEASED)<br>LEASE - NO EQUITY | | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2005 LEXUS SC430 | | 26,000.00 | 0.00 | OA | 0.00 | FA |
| 13. STANDARD OFFICE FURNITURE AND SUPPLIES | | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | | |
| 14. STANDARD OFFICE EQUIPMENT | | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | | |
| 15. 1 DOG | | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | |
|---|---|
| Case No:    09-16077    PWB    Judge: PETER W. BOWIE | Trustee Name:    GERALD H. DAVIS |
| Case Name:    MELTZER, JULIE ILENE | Date Filed (f) or Converted (c):    10/23/09 (f) |
| MELTZER, DAVID CHARLES | 341(a) Meeting Date:    11/23/09 |
| | Claims Bar Date:    02/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 16. 50% INTEREST - SANTA FE DEVELOPMENT LLC | 60,000.00 | 55,126.08 | | 55,126.08 | FA |
| AMENDMENT (SUBJECT TO JUDGMENT LIEN) | | | | | |
| 17. MALPRACTICE - JOHN MAYERS | 60,000.00 | 0.00 | | 0.00 | FA |
| AMENDMENT (SAME AS # 18) | | | | | |
| 18. SETTLEMENT PROCEEDS (u) | 0.00 | 60,000.00 | | 60,000.00 | FA |
| NON REFUNDABLE DEPOSIT ($6,000.00)<br>INCLUDES # 17<br>EXEMPTION ENTITLEMENT $14,725.00 (AMENDMENT 04/07/12) | | | | | |
| 19. 50% DBR DOORS, INC. (DEFUNCT) | 0.00 | 0.00 | | 0.00 | FA |
| 20. 50% SANTA FE VALLEY INVESTMENTS, LLC (DEFUNCT) | 0.00 | 0.00 | | 0.00 | FA |
| 21. 45% MY BIZ EXEC, LLC (DEFUNCT) | 0.00 | 0.00 | | 0.00 | FA |
| 22. REFUND (u) | 0.00 | 785.90 | | 785.90 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 9.29 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $2,024,670.37    $115,911.98    $115,921.27    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 03/31/12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

Case No: 09-16077 -PWB
Case Name: MELTZER, JULIE ILENE
MELTZER, DAVID CHARLES
Taxpayer ID No: *******1289
For Period Ending: 01/09/13

Trustee Name: GERALD H. DAVIS
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******8764  Checking

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/25/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 10,237.14 | | 10,237.14 |
| * 09/26/12 | 010001 | Tony Struyk c/o Jeffrey D. Cawdrey GORDON & REES LLP 101 West Broadway, Suite 2000 San Diego, CA 92101 | REPLACEMENT CHECKS # 110 $9,744.59; # 129 $492.55 | 7100-003 | | 10,237.14 | 0.00 |
| * 01/04/13 | 010001 | Tony Struyk c/o Jeffrey D. Cawdrey GORDON & REES LLP 101 West Broadway, Suite 2000 San Diego, CA 92101 | VOID | 7100-003 | | -10,237.14 | 10,237.14 |
| 01/09/13 | 010002 | THE REGISTRY UNITED STATES BANKRUPTCY COURT 325 WEST F STREET SAN DIEGO CA 92101 | UNCLAIMED FUNDS TONY STRUYK | 7100-000 | | 10,237.14 | 0.00 |

COLUMN TOTALS 10,237.14 10,237.14 0.00
Less: Bank Transfers/CD's 10,237.14 0.00
Subtotal 0.00 10,237.14
Less: Payments to Debtors 0.00
Net 0.00 10,237.14

Page Subtotals 10,237.14 10,237.14

Ver: 17.01

LFORM24 **UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

**FORM 2**

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-16077  -PWB |
| Case Name: | MELTZER, JULIE ILENE |
| | MELTZER, DAVID CHARLES |
| Taxpayer ID No: | *******1289 |
| For Period Ending: | 01/09/13 |

| | |
|---|---|
| Trustee Name: | GERALD H. DAVIS |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1937  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/10 | 16 | GOODE HEMME & PETERSON | SETTLEMENT PROCEEDS | 1249-000 | 55,126.08 | | 55,126.08 |
| 11/30/10 | INT | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 1.05 | | 55,127.13 |
| 12/20/10 | 001001 | INTERNATIONAL SURETIES,  LTD | BLANKET BOND PREMIUM | 2300-000 | | 88.67 | 55,038.46 |
| | | SUITE 420 | BOND # 016025040 | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 12/31/10 | INT | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.34 | | 55,040.80 |
| 01/31/11 | INT | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.34 | | 55,043.14 |
| 02/28/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.42 | | 55,043.56 |
| 03/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,044.03 |
| 04/29/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.45 | | 55,044.48 |
| 05/03/11 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 55,044.52 |
| 05/03/11 | | Transfer to Acct #*******6044 | Final Posting Transfer | 9999-000 | | 55,044.52 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 55,133.19 | 55,133.19 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 55,044.52 | |
| Subtotal | 55,133.19 | 88.67 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 55,133.19 | 88.67 | |

Page Subtotals          55,133.19          55,133.19

Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 09-16077 -PWB | | Trustee Name: | GERALD H. DAVIS |
| Case Name: | MELTZER, JULIE ILENE | | Bank Name: | BANK OF AMERICA |
| | MELTZER, DAVID CHARLES | | Account Number / CD #: | *******6044  Checking |
| Taxpayer ID No: | *******1289 | | | |
| For Period Ending: | 01/09/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br><br>Paid To / Received From | 4<br><br>Description Of Transaction | Uniform<br>Tran. Code | 5<br><br>Deposits ($) | 6<br><br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/03/11 | | Transfer from Acct #*******1937 | Transfer In From MMA Account | 9999-000 | 55,044.52 | | 55,044.52 |
| 05/03/11 | 000101 | GORDON AND REES LLP<br>DANIEL C. SILVA<br>101 W. BROADWAY SUITE 2000<br>SAN DIEGO, CA 92101 | STRUYK V. MELTZER<br>PAYMENT OF JUDGMENT LIEN | 4220-002 | | 55,044.52 | 0.00 |
| 08/22/11 | 18 | MULVANY KAHAN & BARRY LLP | SETTLMENT PROCEEDS | 1249-000 | 6,000.00 | | 6,000.00 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.64 | 5,992.36 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.14 | 5,985.22 |
| 11/30/11 | | Transfer to Acct #*******6345 | Bank Funds Transfer | 9999-000 | | 5,992.36 | -7.14 |
| 12/01/11 | | Transfer from Acct #*******6345 | Bank Funds Transfer | 9999-000 | 7.14 | | 0.00 |
| 04/16/12 | | Transfer from Acct #*******6345 | Bank Funds Transfer | 9999-000 | 25,521.44 | | 25,521.44 |
| 04/17/12 | 000102 | GERALD H. DAVIS<br>PO BOX 121111<br>SAN DIEGO CA 92112-1111 | TRUSTEE FEES<br>PER COURT ORDER 4/11/12 | 2100-000 | | 8,270.45 | 17,250.99 |
| 04/17/12 | 000103 | GERALD H. DAVIS<br>PO BOX 121111<br>SAN DIEGO CA 92112-1111 | TRUSTEE EXPENSES<br>PER COURT ORDER 04/11/12 | 2200-000 | | 46.50 | 17,204.49 |
| 04/17/12 | 000104 | R. DEAN JOHNSON<br>7801 MISSION CENTER COURT SUITE 200<br>SAN DIEGO CA 92108 | CPA FOR TRUSTEE - FEES<br>PER COURT ORDER 04/11/12 | 3410-000 | | 1,200.00 | 16,004.49 |
| 04/17/12 | 000105 | R. DEAN JOHNSON<br>7801 MISSION CENTER COURT SUITE 200<br>SAN DIEGO CA 92108 | CPA FOR TRUSTEE - EXPENSES<br>PER COURT ORDER 04/11/12 | 3220-000 | | 122.57 | 15,881.92 |
| 04/17/12 | 000106 | SULLIVAN HILL LEWIN REZ & ENGEL, APLC<br>JAMES P. HILL & GARY B. RUDOLPH<br>550 WEST C STREET SUITE 1500<br>SAN DIEGO, CA 92101 | ATTORNEY FOR TRUSTEE - FEES<br>PER COURT ORDER 04/11/12 | 3210-000 | | 15,300.00 | 581.92 |
| 04/17/12 | 000107 | SULLIVAN HILL LEWIN REZ & ENGEL, APLC | ATTORNEY FOR TRUSTEE - EXPENSES | 3220-000 | | 581.92 | 0.00 |

| | Page Subtotals | 86,573.10 | 86,573.10 |
|---|---|---|---|

Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-16077 -PWB | | Trustee Name: | GERALD H. DAVIS |
| Case Name: | MELTZER, JULIE ILENE | | Bank Name: | BANK OF AMERICA |
| | MELTZER, DAVID CHARLES | | Account Number / CD #: | *******6044 Checking |
| Taxpayer ID No: | *******1289 | | | |
| For Period Ending: | 01/09/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | JAMES P. HILL & GARY B. RUDOLPH | PER COURT ORDER 04/11/12 | | | | |
| | | 550 WEST C STREET SUITE 1500 | | | | | |
| | | SAN DIEGO, CA 92101 | | | | | |
| 05/22/12 | | Transfer from Acct #*******6345 | Transfer In From MMA Account | 9999-000 | 16,548.26 | | 16,548.26 |
| 05/25/12 | 000108 | SULLIVAN HILL LEWIN REZ & ENGEL, APLC | Claim OOOO35, Payment 100.00000% | 3220-000 | | 1,000.00 | 15,548.26 |
| | | JAMES P. HILL & GARY B. RUDOLPH | | | | | |
| | | 550 WEST C STREET SUITE 1500 | | | | | |
| | | SAN DIEGO, CA 92101 | | | | | |
| 05/25/12 | 000109 | Orepac Building Products | Claim 000001, Payment 2.02059% | 7100-000 | | 162.15 | 15,386.11 |
| | | c/o Troy W. Stanton | | | | | |
| | | P.O. Box 880 | | | | | |
| | | Yorba Linda, CA 92885 | | | | | |
| * 05/25/12 | 000110 | Tony Struyk | Claim 000002, Payment 2.02061% | 7100-004 | | 9,744.59 | 5,641.52 |
| | | c/o Jeffrey D. Cawdrey | | | | | |
| | | GORDON & REES LLP | | | | | |
| | | 101 West Broadway, Suite 2000 | | | | | |
| | | San Diego, CA 92101 | | | | | |
| 05/25/12 | 000111 | California Bank & Trust | Claim 000003, Payment 2.02062% | 7100-000 | | 1,004.79 | 4,636.73 |
| | | 300 Lakeside Dr., 8th Floor | | | | | |
| | | Oakland, CA 94612 | | | | | |
| 05/25/12 | 000112 | Roundup Funding, LLC | Claim 000004, Payment 2.02030% | 7100-000 | | 12.92 | 4,623.81 |
| | | MS 550 | | | | | |
| | | PO Box 91121 | | | | | |
| | | Seattle, WA 98111-9221 | | | | | |
| 05/25/12 | 000113 | Union Bank, NA/ATTN: G.Calica | Claim 000005, Payment 2.02055% | 7100-000 | | 64.41 | 4,559.40 |
| | | P.O. Box 85443, LRU-M711 | | | | | |
| | | San Diego, CA 92186-5443 | | | | | |
| 05/25/12 | 000114 | Fia Card Services, NA/Bank of America | Claim 000006, Payment 2.02062% | 7100-000 | | 389.92 | 4,169.48 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |

Page Subtotals       16,548.26       12,378.78

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 22)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  5

Exhibit 9

| Case No: | 09-16077  -PWB |
|---|---|
| Case Name: | MELTZER, JULIE ILENE |
| | MELTZER, DAVID CHARLES |
| Taxpayer ID No: | *******1289 |
| For Period Ending: | 01/09/13 |

| Trustee Name: | GERALD H. DAVIS |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6044  Checking |
| | |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/12 | 000115 | Oklahoma City, OK 73124-8809<br>Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 2.02061% | 7100-000 | | 581.44 | 3,588.04 |
| 05/25/12 | 000116 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 2.02061% | 7100-000 | | 1,319.66 | 2,268.38 |
| 05/25/12 | 000117 | Solomon Ward Seidenwurm et al.<br>401 'B' Street, Ste. 1200<br>San Diego, CA 92101 | Claim 000009, Payment 2.02047% | 7100-000 | | 13.92 | 2,254.46 |
| 05/25/12 | 000118 | Contractors Wardrobe<br>c/o CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062 | Claim 000010, Payment 2.02074% | 7100-000 | | 99.44 | 2,155.02 |
| 05/25/12 | 000119 | United States Bankruptcy Court<br>CA | Claim 000011, Payment 2.01859%<br>Broadview Networks<br>Attn: Lisa LaCalle<br>500 7th Avenue, 2nd Floor<br>New York, NY 10018 | 7100-000 | | 2.65 | 2,152.37 |
| 05/25/12 | 000120 | Advanta Bank Corp. in receivership of<br>FDIC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000012, Payment 2.02061% | 7100-000 | | 600.73 | 1,551.64 |
| 05/25/12 | 000121 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000013, Payment 2.02169% | 7100-000 | | 7.16 | 1,544.48 |

Page Subtotals        0.00        2,625.00

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

Exhibit 9

| Case No: | 09-16077 -PWB | Trustee Name: | GERALD H. DAVIS |
| Case Name: | MELTZER, JULIE ILENE | Bank Name: | BANK OF AMERICA |
| | MELTZER, DAVID CHARLES | Account Number / CD #: | *******6044  Checking |
| Taxpayer ID No: | *******1289 | | |
| For Period Ending: | 01/09/13 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/12 | 000122 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000014, Payment 2.02099% | 7100-000 | | 5.47 | 1,539.01 |
| 05/25/12 | 000123 | Elan Financial Services as servicer for<br>San Diego Private Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000015, Payment 2.02059% | 7100-000 | | 360.29 | 1,178.72 |
| 05/25/12 | 000124 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000016, Payment 2.02060% | 7100-000 | | 535.11 | 643.61 |
| 05/25/12 | 000125 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000017, Payment 2.02064% | 7100-000 | | 427.79 | 215.82 |
| 05/25/12 | 000126 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000018, Payment 2.02064% | 7100-000 | | 209.52 | 6.30 |
| 05/25/12 | 000127 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000019, Payment 2.02079% | 7100-000 | | 6.30 | 0.00 |
| 06/11/12 | 22 | SULLIVAN HILL | | 1290-000 | 785.90 | | 785.90 |
| 06/25/12 | 000128 | Orepac Building Products<br>c/o Troy W. Stanton<br>P.O. Box 880<br>Yorba Linda, CA 92885 | Claim 000001, Payment 0.10218% | 7100-000 | | 8.20 | 777.70 |
| *  06/25/12 | 000129 | Tony Struyk<br>c/o Jeffrey D. Cawdrey | Claim 000002, Payment 0.10213% | 7100-004 | | 492.55 | 285.15 |

Page Subtotals                785.90        2,045.23

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-16077 -PWB | |
| Case Name: | MELTZER, JULIE ILENE | |
| | MELTZER, DAVID CHARLES | |
| Taxpayer ID No: | *******1289 | |
| For Period Ending: | 01/09/13 | |

| | |
|---|---|
| Trustee Name: | GERALD H. DAVIS |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6044  Checking |
| | |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | GORDON & REES LLP | | | | | |
| | | 101 West Broadway, Suite 2000 | | | | | |
| | | San Diego, CA 92101 | | | | | |
| 06/25/12 | 000130 | California Bank & Trust | Claim 000003, Payment 0.10212% | 7100-000 | | 50.78 | 234.37 |
| | | 300 Lakeside Dr., 8th Floor | | | | | |
| | | Oakland, CA 94612 | | | | | |
| 06/25/12 | 000131 | United States Bankruptcy Court | Claim 000004, Payment 0.10320% | 7100-000 | | 0.66 | 233.71 |
| | | CA | Roundup Funding, LLC | | | | |
| | | | MS 550 | | | | |
| | | | PO Box 91121 | | | | |
| | | | Seattle, WA 98111-9221 | | | | |
| 06/25/12 | 000132 | United States Bankruptcy Court | Claim 000005, Payment 0.10227% | 7100-000 | | 3.26 | 230.45 |
| | | CA | Union Bank, NA/ATTN: G.Calica | | | | |
| | | | P.O. Box 85443, LRU-M711 | | | | |
| | | | San Diego, CA 92186-5443 | | | | |
| 06/25/12 | 000133 | Fia Card Services, NA/Bank of America | Claim 000006, Payment 0.10214% | 7100-000 | | 19.71 | 210.74 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 06/25/12 | 000134 | Fia Card Services, NA/Bank of America | Claim 000007, Payment 0.10214% | 7100-000 | | 29.39 | 181.35 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 06/25/12 | 000135 | Fia Card Services, NA/Bank of America | Claim 000008, Payment 0.10214% | 7100-000 | | 66.71 | 114.64 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 06/25/12 | 000136 | United States Bankruptcy Court | Claim 000009, Payment 0.10306% | 7100-000 | | 0.71 | 113.93 |
| | | CA | Solomon Ward Seidenwurm et al. | | | | |
| | | | 401 'B' Street, Ste. 1200 | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 171.22 |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-16077 -PWB | |
| Case Name: | MELTZER, JULIE ILENE | |
| | MELTZER, DAVID CHARLES | |
| Taxpayer ID No: | *******1289 | |
| For Period Ending: | 01/09/13 | |

| | |
|---|---|
| Trustee Name: | GERALD H. DAVIS |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6044  Checking |
| | |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | San Diego, CA 92101 | | | | |
| 06/25/12 | 000137 | Contractors Wardrobe c/o CRF Solutions PO Box 1389 Simi Valley, CA 93062 | Claim 000010, Payment 0.10201% | 7100-000 | | 5.02 | 108.91 |
| 06/25/12 | 000138 | United States Bankruptcy Court CA | Claim 000011, Payment 0.09902% Broadview Networks Attn: Lisa LaCalle 500 7th Avenue, 2nd Floor New York, NY 10018 | 7100-000 | | 0.13 | 108.78 |
| 06/25/12 | 000139 | Advanta Bank Corp. in receivership of FDIC c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000012, Payment 0.10212% | 7100-000 | | 30.36 | 78.42 |
| 06/25/12 | 000140 | United States Bankruptcy Court CA | Claim 000013, Payment 0.10165% American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | 7100-000 | | 0.36 | 78.06 |
| 06/25/12 | 000141 | United States Bankruptcy Court CA | Claim 000014, Payment 0.09976% Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | 7100-000 | | 0.27 | 77.79 |
| 06/25/12 | 000142 | Elan Financial Services as servicer for San Diego Private Bank P.O. Box 5229 Cincinnati, OH 45201 | Claim 000015, Payment 0.10218% | 7100-000 | | 18.22 | 59.57 |
| 06/25/12 | 000143 | Chase Bank USA NA | Claim 000016, Payment 0.10214% | 7100-000 | | 27.05 | 32.52 |

Page Subtotals      0.00      81.41

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    9

Exhibit 9

| Case No: | 09-16077 -PWB | | Trustee Name: | GERALD H. DAVIS |
|---|---|---|---|---|
| Case Name: | MELTZER, JULIE ILENE | | Bank Name: | BANK OF AMERICA |
| | MELTZER, DAVID CHARLES | | Account Number / CD #: | *******6044  Checking |
| Taxpayer ID No: | *******1289 | | | |
| For Period Ending: | 01/09/13 | | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/25/12 | 000144 | PO Box 15145 Wilmington, DE 19850-5145 American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000017, Payment 0.10207% | 7100-000 | | 21.61 | 10.91 |
| 06/25/12 | 000145 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000018, Payment 0.10213% | 7100-000 | | 10.59 | 0.32 |
| 06/25/12 | 000146 | United States Bankruptcy Court CA | Claim 000019, Payment 0.10264% American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | 7100-000 | | 0.32 | 0.00 |
| * 09/06/12 | 000110 | Tony Struyk c/o Jeffrey D. Cawdrey GORDON & REES LLP 101 West Broadway, Suite 2000 San Diego, CA 92101 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -9,744.59 | 9,744.59 |
| * 09/06/12 | 000129 | Tony Struyk c/o Jeffrey D. Cawdrey GORDON & REES LLP 101 West Broadway, Suite 2000 San Diego, CA 92101 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -492.55 | 10,237.14 |
| 09/25/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,237.14 | 0.00 |

Page Subtotals                 0.00              32.52

Ver: 17.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 27)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    10

Exhibit 9

| | |
|---|---|
| Case No: | 09-16077  -PWB |
| Case Name: | MELTZER, JULIE ILENE |
| | MELTZER, DAVID CHARLES |
| Taxpayer ID No: | *******1289 |
| For Period Ending: | 01/09/13 |

| | |
|---|---|
| Trustee Name: | GERALD H. DAVIS |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6044  Checking |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 103,907.26 | 103,907.26 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 97,121.36 | 16,229.50 | |
| | | | Subtotal | | 6,785.90 | 87,677.76 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,785.90 | 87,677.76 | |

Page Subtotals                0.00                0.00

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  11

Exhibit 9

| Case No: | 09-16077 -PWB |
|---|---|
| Case Name: | MELTZER, JULIE ILENE |
| | MELTZER, DAVID CHARLES |
| Taxpayer ID No: | *******1289 |
| For Period Ending: | 01/09/13 |

| Trustee Name: | GERALD H. DAVIS |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6345  MMA |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/11 | | Transfer from Acct #*******6044 | Bank Funds Transfer | 9999-000 | 5,992.36 | | 5,992.36 |
| 12/01/11 | | Transfer to Acct #*******6044 | Bank Funds Transfer | 9999-000 | | 7.14 | 5,985.22 |
| 12/14/11 | 18 | LUCE FORWARD | SETTLEMENT PROCEEDS | 1249-000 | 54,000.00 | | 59,985.22 |
| 12/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.28 | | 59,985.50 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 40.67 | 59,944.83 |
| 01/31/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.51 | | 59,945.34 |
| 02/07/12 | 001001 | UNITED STATES TREASURY | 12/2011 1041/1040 | 2810-000 | | 2,532.00 | 57,413.34 |
| | | | # 30-6261289 | | | | |
| 02/07/12 | 001002 | FRANCHISE TAX BOARD | 12/2011 541/540 | 2820-000 | | 496.00 | 56,917.34 |
| | | PO BOX 942857 | # 30-6261289 | | | | |
| | | SACRAMENTO, CA 94257-0501 | | | | | |
| 02/09/12 | 001003 | INTERNATIONAL SURETIES,  LTD | BLANKET BOND PREMIUM | 2300-000 | | 124.03 | 56,793.31 |
| | | SUITE 420 | BOND # 016025040 | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.46 | | 56,793.77 |
| 03/30/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.48 | | 56,794.25 |
| 04/16/12 | | Transfer to Acct #*******6044 | Bank Funds Transfer | 9999-000 | | 25,521.44 | 31,272.81 |
| 04/24/12 | 001004 | JULIE ILENE MELTZER | DEBTOR CLAIMED EXEMPTION | 8100-000 | | 14,725.00 | 16,547.81 |
| | | DAVID CHARLES MELTZER | | | | | |
| | | C/O JOHN L. SMAHA | | | | | |
| | | 7860 MISSION CENTER COURT # 100 | | | | | |
| | | SAN DIEGO, CA 92108 | | | | | |
| 04/30/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.36 | | 16,548.17 |
| 05/22/12 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 16,548.26 |
| 05/22/12 | | Transfer to Acct #*******6044 | Final Posting Transfer | 9999-000 | | 16,548.26 | 0.00 |

Page Subtotals                59,994.54              59,994.54

Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    12

Exhibit 9

Case No:        09-16077  -PWB

Case Name:      MELTZER, JULIE ILENE
                MELTZER, DAVID CHARLES

Taxpayer ID No:  *******1289

For Period Ending: 01/09/13

Trustee Name:           GERALD H. DAVIS

Bank Name:              BANK OF AMERICA

Account Number / CD #:  *******6345  MMA

Blanket Bond (per case limit):  $ 1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 59,994.54 | 59,994.54 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 5,992.36 | 42,076.84 | |
| | | | Subtotal | | 54,002.18 | 17,917.70 | |
| | | | Less:  Payments to Debtors | | | 14,725.00 | |
| | | | Net | | 54,002.18 | 3,192.70 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - ********8764 | 0.00 | 10,237.14 | 0.00 |
| Money Market Account (Interest Earn - ********1937 | 55,133.19 | 88.67 | 0.00 |
| Checking - ********6044 | 6,785.90 | 87,677.76 | 0.00 |
| MMA - ********6345 | 54,002.18 | 3,192.70 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 115,921.27 | 101,196.27 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00              0.00